**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

JAMES THOMAS AKIN, JR., :
:
    Plaintiff, :
:
v. : CASE NO.: 1:07-CV-106 (WLS)
:
DONNIE HARRELSON, *Sheriff*, *et al.*, :
:
    Defendants. :
_____ :

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 16, 2010. (Doc. 22). It is recommended that:

(i)     Plaintiff's denial of access to courts claim be dismissed (Doc. 22 at 3);

(ii)     Plaintiff's food claims be dismissed (*id.* at 4);

(iii)     Plaintiff's overcrowding and unsanitary conditions claims be dismissed (*id.* at 5);

(iv)     Plaintiff's medical claim against Defendant Willie Lee Jr. be dismissed (*id.* at 7); and

(v)     the following Defendants be dismissed: Linda Owens; Anthony Abella; Willie Lee, Jr.; Michelle Paul; Tiffany Tucker; Cecil Bodrey; Sandra Davis; Debra Williams; Keith Jones; Crisp County Regional Hosptial, Inc.; and Crisp County (*id.*).

Following each of the above-listed recommendations, the Report and Recommendation expressly stated that "[p]ursuant to 28 U.S.C. § 636(b)(1), the plaintiff may serve and file written objections to this recommendation with United States District Judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy hereof." (Doc. 22

1

at 3-7 (emphasis in original)). The fourteen-day period has expired, and no objection has been filed. (*See generally* Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 22) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the following claims in Plaintiff's Complaint (Doc. 1) are **DISMISSED**: denial of access to courts claim, food claims, overcrowding and unsanitary conditions claims, and medical claim against Defendant Willie Lee Jr. Additionally, the following parties are **DISMISSED** as Defendants in the above-captioned action: Linda Owens; Anthony Abella; Willie Lee, Jr.; Michelle Paul; Tiffany Tucker; Cecil Bodrey; Sandra Davis; Debra Williams; Keith Jones; Crisp County Regional Hospital, Inc.; and Crisp County.

The case shall proceed under the remaining claims against the remaining Defendants as ordered by Judge Langstaff. (*See* Doc. 22 at 7-10).

**SO ORDERED**, this  20th  day of July, 2010.

          /s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**