IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JAMES THOMAS AKIN, JR., :
:
    Plaintiff, :
:
v. : CASE NO.: 1:07-CV-106 (WLS)
:
DONNIE HARALSON, *Sheriff of Crisp* :
*County*, *et al.*, :
:
    Defendants. :
_____ :

### ORDER

    Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed January 18, 2011. (Doc. 41). It is recommended that the above-captioned case be dismissed for want of prosecution, pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 41 at 1-2). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1), which objection period expired on February 4, 2011, with application of the prisoner mailbox rule. (*See* Doc. 41 at 2; Docket; Fed. R. Civ. P. 6(d)).

    Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 41) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the above-captioned action is **DIMISSED** for want of prosecution. *See* Fed. R. Civ. P. 41(b).

    **SO ORDERED**, this  7th  day of February, 2011.

                                                  /s/ W. Louis Sands
                                               **THE HONORABLE W. LOUIS SANDS,**
                                               **UNITED STATES DISTRICT COURT**